**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00544-CV

### IN THE INTEREST OF K.H. AND K.H., Children

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-10-22147-Y

## ORDER

By letter dated January 23, 2014, the Court Reporter notified the Court that as of that date, no reporter's record had been requested and no payment arrangements for a reporter's record had been made. By letter also dated January 23, 2014, we informed appellant that we had received notice from the Court Reporter that the reporter's record in this case had not been filed because no request or payment arrangements had been made. We directed appellant to file, within ten days, written verification that he had paid or made arrangements to pay for the record, or written documentation that he had been found entitled to proceed without payment of costs. We expressly cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered to be submitted without the reporter's record. To date, we have not received the required documentation from appellant. Accordingly, we **ORDER** this appeal submitted without the reporter's record. Appellant's brief is due **THIRTY**

**DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE